LAWRENCE E. SKIDMORE, CSB #137587
lskidmore@asilaw.org
KATHLEEN C. LYON, CSB #236224
klyon@asilaw.org
ERIN J. TOGNETTI, CSB # 282474
etognetti@asilaw.org
ARONOWITZ SKIDMORE LYON
A Professional Law Corporation
200 Auburn Folsom Road, Suite 305
Auburn, California 95603
Telephone: (530) 823-9736
Fax: (530) 823-5241

Attorneys for HMS Cornerstone Solutions, Inc.

THE UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HMS CORNERSTONE SOLUTIONS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SIGNORELLI COMPANY, a Texas Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-02986-KJM-AC<br><br>ORDER GRANTING PLAINTIFF'S STIPULATION NOT TO FILE CONFIDENTIALITY AGREEMENT<br><br>Case Filed: November 7, 2015<br>Trial Date: December 13, 2017<br>Judge: Hon. Kimberly J. Mueller |

Pursuant to the parties' stipulation,

IT IS SO ORDERED. Plaintiff HMS CORNERSTONE SOLUTIONS, INC., and Defendant THE SIGNORELLI COMPANY, shall address specific confidentiality matters as they arise, as provided by the Local Rules and all other applicable law.

**IT IS SO ORDERED.**

DATED: June 1, 2017

_____
UNITED STATES DISTRICT JUDGE