# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| HMS CORNERSTONE SOLUTIONS, INC., a California Corporation, | No. 2: 16-cv-02986-KJM-AC |
|---|---|
| Plaintiff, | |
| v. | FIRST AMENDMENT TO THE SCHEDULING ORDER |
| SIGNORELLI COMPANY, a Texas Corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

The parties jointly request (ECF No. 17) to amend dates in the pretrial scheduling order (ECF No. 13). Good cause appearing, the court GRANTS this request, as follows, but VACATES the final two dates to be reset as needed after ruling on potential dispositive motions:

| **Description** | **Existing Date** | **New Date** |
|---|---|---|
| Discovery Cutoff | March 9, 2018 | June 8, 2018 |
| Expert Witness Disclosures | April 6, 2018 | July 13, 2018 |
| Supplemental Expert Witness Disclosures | April 27, 2018 | August 3, 2018 |
| Expert Discovery Completion Deadline | May 25, 2018 | August 14, 2018 |
| Hearing on Dispositive Motions | June 29, 2018 | September 7, 2018 |
| Final Pretrial Conference | October 19, 2018 | Vacated |
| Trial | December 3, 2018 | Vacated |

This amendment does not alter any other portions of the initial scheduling order (ECF No. 13).

IT IS SO ORDERED.

DATED: January 29, 2018.

_____
UNITED STATES DISTRICT JUDGE

1